NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WHITEPAGES, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**v.**

**JEFFREY ISAACS, GREENFLIGHT VENTURE CORPORATION,**
*Defendants/Counterclaimants-Appellants*

-------------------------------------------------------------------------------

**GREENFLIGHT VENTURE CORPORATION, JEFFREY ISAACS,**
*Plaintiffs-Appellants*

**v.**

**TRUE SOFTWARE SCANDINAVIA A.B.,**
*Defendant-Appellee*

_____

2016-2672, 2017-1299

_____

Appeals from the United States District Court for the Northern District of California in Nos. 3:16-cv-00175-RS, 3:16-cv-01837-RS, Judge Richard Seeborg.

_____

**JUDGMENT**

———————

BRYAN ALEXANDER KOHM, Fenwick & West, LLP, San Francisco, CA, argued for all appellees. Appellee Whitepages, Inc. also represented by RAVI RAGAVENDRA RANGANATH; ELIZABETH B. HAGAN, Seattle, WA.

ASHLEY NICOLE MOORE, McKool Smith, PC, Dallas, TX, for appellee True Software Scandinavia A.B. Also represented by WARREN LIPSCHITZ, JONATHAN NATHANIAL POWERS.

ALDO BADINI, Winston & Strawn LLP, New York, NY, argued for appellants. Also represented by MULAN CUI.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2017          /s/ Peter R. Marksteiner
Date                            Peter R. Marksteiner
                                  Clerk of Court